# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * *                *
LEGO AFGHAN LOGISTICS             *
SERVICES,                         *
                                  *
                Protestor,        *
                                  *   No. 18-1963C
v.                                *   Filed: January 2, 2019
                                  *
UNITED STATES,                    *
                                  *
                Defendant.        *
                                  *
* * * * * * * * * * * * * * * * *
```

## O R D E R

On January 2, 2019, the court held a hearing in the above captioned protest. As argued and discussed at the hearing, protestor's request for a TRO is **DENIED**. In addition, the protest is **DISMISSED**. If protestor chooses to file a post-award bid protest in this court, the protestor shall indicate that the new protest is related to Case No. 18-1963C, and the Clerk's Office shall waive the filing fee for the newly filed, post-award bid protest and assign the protest to the undersigned judge.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
           **Judge**
